UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZANNIE NEAL                                    CIVIL ACTION

VERSUS                                         NO. 06-8714

N. BURL CAIN, WARDEN LOUISIANA                 SECTION "A"(4)
STATE PENITENTIARY

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Superseding Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Superseding Report and Recommendation, hereby approves the Superseding Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Zannie Neal's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

March 5, 2012

_____
UNITED STATES DISTRICT JUDGE